UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Byron Strolberg,<br><br>　　　　　Plaintiff<br><br>v.<br><br>PayPal Holdings, Inc., et al.,<br><br>　　　　　Defendants | Case No. 2:25-cv-01649-CDS-MDC<br><br>Order Directing Plaintiff to Submit Application to Proceed *in Forma Pauperis* or Pay Filing Fee |

　　　　Plaintiff Byron Strolberg is proceeding in this action pro se and submitted a complaint. ECF No. No. 1-1. Strolberg has not, however, paid the required filing fee for a civil action or requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Strolberg must either pay the filing fee or file an application to proceed *in forma pauperis*.

　　　　Accordingly, IT IS ORDERED that:

　　　　1.　　The Clerk of the Court send Strolberg the short form application to proceed *in forma pauperis* by a non-prisoner.

　　　　2.　　Strolberg must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

　　　　3.　　Strolberg must comply with this order no later than **October 20, 2025**. Failure to do so will result in the dismissal of this action without prejudice.

　　　　Dated: September 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge